AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Archer, Jr., Glenn L | 2. Court or Organization<br><br>Ct. of Appeals Federal Circuit | 3. Date of Report<br><br>08/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>717 Madison Pl.,N.W.<br>Washington, D.C., 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sec'y-Treas. | Glenmar Farms (████ farm) Yellow Springs, W.Va. |
| 2. Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. Trustee | Trust #2 (See part VII) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 AUG -9 A 10: 36
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. monthly | Alaska retirement annuity |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership | University Club, Washington,DC | $ 1500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 -Harris Direct | A | Int &Div | K | T | | | | | |
| 4. _Microsoft com | | | | | | | | | |
| 5. _Lucent com | | | | | | | | | |
| 6. _ Avaya com | | | | | | | | | |
| 7. _Cisco com | | | | | | | | | |
| 8. _Agere Sys Inc Cl A & B | | | | | | | | | |
| 9. _Harris Direct Money Market Funds | | | | | | | | | |
| 10. IRA #2 - Harris Direct | A | Int & Div | K | T | | | | | |
| 11. _Cisco com | | | | | | | | | |
| 12. _Intel com | | | | | | | | | |
| 13. _Mariott com | | | | | | | | | |
| 14. _Microsoft com | | | | | | | | | |
| 15. _Applied Materials com | | | | | | | | | |
| 16. _Harris Direct Money Market Funds | | | | | | | | | |
| 17. Harris Direct - Brokerage Acct | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. _Microsoft com | A | Dividend | J | T | | | | | |
| 19. _Md. Health & Educ Bond | A | Interest | K | T | | | | | |
| 20. -ACM Inc Fd | A | Dividend | J | T | X | 1/21 | J | | seeComments - Part VIII |
| 21. -Am Cent GNMA Fd | A | Interest | J | T | X | 1/21 | J | | |
| 22. -Cohen & Steers REIT Fd | A | Dividend | J | T | X | 1/21 | J | | |
| 23. Dodge & Cox Inc Fd | A | Dividend | J | T | X | 1/21 | J | | |
| 24. -Edison International | A | Dividend | J | T | X | 1/21 | J | | |
| 25. -Hawaiian Elec Inds | A | Dividend | J | T | X | 1/21 | J | | |
| 26. -Hyperion Tot Rt Fd | A | Dividend | J | T | X | 1/21 | J | | |
| 27. -Peyder & Rygel GNMA Fd | A | Dividend | J | T | X | 1/21 | J | | |
| 28. -Rite Aid Corp | A | Dividend | J | T | X | 1/21 | J | | |
| 29. -Sempra Eng Pf | A | Dividend | | | X | 1/21 | J | | |
| 30. -------Sempra (cont'd) | | | | | sale | 2/26 | J | | |
| 31. -Southern Co | A | Dividend | J | T | X | 1/21 | J | | |
| 32. -Vanguard GNMA Fd | A | Interest | J | T | X | 1/21 | J | | |
| 33. -Wachovia Pref Series A | A | Dividend | J | T | X | 1/21 | J | | |
| 34. -US Treas Bond 11/15/21 | A | Interest | J | T | X | 1/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. _Harris Direct Money Market Funds | C | Interest | M | T | | | | | |
| 36. Trust #1 ( ▇ Tr) at Harris Direct | D | Int & Div | M | T | | | | | |
| 37. _Alliance Cap Mgmt com | | | | | | | | | |
| 38. _Amazon com | | | | | | | | | |
| 39. _AT&T com | | | | | | | | | |
| 40. _Barnes & Noble com | | | | | | | | | |
| 41. _Borders com | | | | | | | | | |
| 42. _American El Power com | | | | | | | | | |
| 43. _Cisco com | | | | | | | | | |
| 44. _Intel com | | | | | | | | | |
| 45. _Equity One com (formerly IRT Prop com) | | | | | | | | | |
| 46. _Microsoft com | | | | | | | | | |
| 47. _Pfizer com | | | | | | | | | |
| 48. _Harris Direct Money Market Funds | | | | | | | | | |
| 49. _Gamestop Corp comB | | | | | | | | | |
| 50. _Comcast com | | | | | | | | | |
| 51. Real Property -Fawnskin, Ca | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Property - Las Vegas, NV | B | Rent | L | R | | | | | |
| 53. Trust #2 - Harris Direct | D | Int & Div | N | T | | | | | See Comments part VIII |
| 54. _Harris Direct Money Market Funds | | | | | | | | | see comment -part VIII |
| 55. _Household Fin Bonds 15Nov06 | | | | | | | | | |
| 56. _Baltimore Md Port Bond 1Dec10 | | | | | | | | | |
| 57. _Queen Annes Co Md Scl Bonds 15Jan13 | | | | | | | | | |
| 58. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 59. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 60. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 61. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 62. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 63. _St Marys Coll Md Bonds 1Sept20 | | | | | | | | | |
| 64. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 65. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 66. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 67. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 68. _St Marys Coll Md Bonds 1Sept27 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 70. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 71. _Md St Hlth Hef Bonds 1Jan33 | | | | | | | | | |
| 72. _Bank of America com | | | | | | | | | |
| 73. _Constellation Energy com | | | | | | | | | |
| 74. _Carramerica Realty com | | | | | | | | | |
| 75. _Dominion Resources com | | | | | | | | | |
| 76. _FPL Group com | | | | | | | | | |
| 77. _Hospitality Pptys Trust com | | | | | | | | | |
| 78. _Host Marriott Corp com | | | | | | | | | |
| 79. _K Mart com | | | | | | | | | |
| 80. _Mills Corp com | | | | | | | | | |
| 81. _Mirant Corp com | | | | | | | | | |
| 82. _McDonalds com | | | | | | | | | |
| 83. _Scana Corp com | | | | | | | | | |
| 84. _Texas Genco Holdings com | | | | | sale | 2/04 | J | A | |
| 85. _Verizon com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. _Zimmer Holdings com | | | | | | | | | |
| 87. _Wal-Mart com | | | | | | | | | |
| 88. _Westar Energy com | | | | | | | | | |
| 89. Trust #2 cont'd - (Not in Harris Directs Acct) | | | | | | | | | |
| 90. -Real Property Norton Co Ks | C | Rent & Rlty | M | W | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE LETTER "X' ON SEVERAL LINES IN PART VII INDICATES INHERITED PROPERTY ACQUIRED 1/21

TRUST #2 STOCKS AND BONDS WERE TRANSFERRED TO HARRIS DIRECT FROM MERRELL LYNCH DURING 2005. SEE PART VII

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 08/02/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date_____8/8/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544